No. 1910, Misc.   FLEISHOUR *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1921, Misc.   DALLAS *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 1926, Misc.   MARTINEZ *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1927, Misc.   SHIELDS *v.* MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 1932, Misc.   BURKS *v.* PATE, WARDEN.   Sup. Ct. Ill.   Certiorari denied.

No. 1935, Misc.   DESROCHES *v.* CARRELLAS, JUDGE. Sup. Ct. R. I.   Certiorari denied.

No. 1937, Misc.   KAMSLER *v.* PATE, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 1946, Misc.   MCELROY *v.* PATUXENT INSTITUTION DIRECTOR ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 1947, Misc.   DAVIS *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 1952, Misc.   TIMMONS *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1953, Misc.   JOHNSON *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 1956, Misc.   FURTAK *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.